# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.: 16-11496-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

CONSTANCE MARIE FREUND
XXX-XX-2421

DEBTOR_____/

## TRUSTEE'S MOTION TO DEVIATE FROM PLAN AND DEEM CLAIM WITHDRAWN AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced case ("Trustee"), hereby files the Trustee's Motion to Deviate From Plan ("Motion") and Deem Claim Withdrawn and Certificate of Service of Court Generated Notice of Hearing pursuant to 11 U.S.C. §§ 502 and 1329 and Federal Rules of Bankruptcy Procedure 2002 and 3007, and states:

1. The Debtor filed a voluntary Chapter 13 Petition on **February 1, 2016**.

2. The Debtor's Chapter 13 Plan was confirmed on **October 5, 2016**.

3. The case was dismissed on **February 8, 2019**.

4. Bayview Loan Servicing, LLC ("Creditor"), Account #5422, has filed a Proof of Claim, Court Claim #11 ("Claim"), but refuses to accept payments from the Trustee and the Debtor has not modified the Plan accordingly.

5. The Trustee requests permission to deviate from the Plan to disburse payments allocated to Creditor to pay administrative, secured, and priority creditors (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor.

**WHEREFORE** the Trustee respectfully requests this Honorable Court grant the Motion and enter an Order Deviating from the Plan, deeming the Claim withdrawn, allowing the Trustee to disburse payments allocated to Creditor to pay administrative, secured and priority creditors (if applicable) and increase the amount paid to allowed unsecured creditors by the balance due to Creditor, and for such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Deviate From Plan and Deem Claim Withdrawnand Certificate of Service of Court Generated Notice of Hearing and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 9th day of April, 2019.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
CONSTANCE MARIE FREUND
11810 NW 5TH CT
PLANTATION, FL  33325-1814

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
8751 W. BROWARD BLVD.
SUITE 301
PLANTATION, FL  33324-2632

**CREDITOR**
Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd
5th Floor
Coral Gables,  FL  33146

**ADDITIONAL CREDITORS**

Bayview Loan Servicing LLC
c/o Matt Holtsinger
POB 800
Tampa,  FL  33601

Brian Bomstein
Registered Agent for Bayview Loan Servicing, Inc.
4425 Ponce De Leon Blvd, 4th Fl.
Miami, FL 33146

Richard O'Brien, President
4425 Ponce De Leon Blvd, 4th Floor
Bayview Loan Servicing, LLC
Coral Gables, FL 33146