

**ORDERED in the Southern District of Florida on May 7, 2019.**

John K. Olson, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

                                                  **CASE NO.:  16-11496-BKC-JKO**
                                                  PROCEEDING UNDER CHAPTER 13

IN RE:

CONSTANCE MARIE FREUND
XXX-XX-2421

DEBTOR_____/

**ORDER GRANTING TRUSTEE'S MOTION TO DEVIATE FROM PLAN
AND DEEM CLAIM WITHDRAWN (DE# 137)**

    **THIS CAUSE** came to be heard on May 6, 2019 on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Deviate from Plan and Deem Claim Withdrawn and based on the record, it is

**ORDERED:**
1. The Trustee's Motion is **GRANTED**.

2. The Trustee is directed to disburse funds specified in the Motion allocated to Bayview Loan Servicing, LLC ("Creditor") to pay administrative, secured, and priority creditors more quickly (if applicable) and to increase the amount paid to allowed general unsecured creditors by the balance due Creditor for the remainder of the Plan term.

3. The Debtor shall continue making payments under the Plan until further Order of this Court, if applicable.

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  16-11496-BKC-JKO

4. The Proof of Claim filed by Creditor is deemed withdrawn

###

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
CONSTANCE MARIE FREUND
11810 NW 5TH CT
PLANTATION, FL  33325-1814

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
8751 W. BROWARD BLVD.
SUITE 301
PLANTATION, FL  33324-2632

**CREDITOR**
BAYVIEW LOAN SERVICING, LLC
4425 PONCE DE LEON BLVD
5TH FLOOR
CORAL GABLES, FL  33146

**ADDITIONAL CREDITORS**
BRIAN BOMSTEIN
REGISTERED AGENT FOR BAYVIEW LOAN SERVICING, INC.
4425 PONCE DE LEON BLVD, 4TH FL.
MIAMI, FL  33146

RICHARD O'BRIEN, PRESIDENT
4425 PONCE DE LEON BLVD, 4TH FLOOR
BAYVIEW LOAN SERVICING, LLC
CORAL GABLES, FL  33146

ORDER GRANTING MOTION TO DEVIATE FROM PLAN
CASE NO.:  16-11496-BKC-JKO

BAYVIEW LOAN SERVICING LLC
C/O MATT HOLTSINGER
POB 800
TAMPA, FL  33601

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.